December 2, 1971

No. 71–46 Johnnie R. Armes, Formerly PVT, U. S. Army v United States.

On consideration of the "Amened (sic) Motion to Dismiss and Vacate Sentence" and of the "Motion for Vacation of Sentence" filed in the above-entitled action, it appearing that petitioner has set forth no facts upon which the relief sought is based, it is, by the Court, this 2d day of December 1971,

ORDERED:

That said motions be, and the same are hereby, dismissed.